# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

In re: **PLAYA HERMOSA DEVELOPMENT, CORP.**
Debtor

**CASE No. 14-009236 ESL**

**Chapter 11**

**MOTION REQUESTING EXTENSION OF TIME TO FILE SCHEDULES AND OTHER DOCUMENTS AND INFORMATION**

**TO THE HONORABLE COURT:**

**COMES NOW**, the Debtor, Playa Hermosa Development Corp. (hereafter referred as Debtor) through the undersigned legal counsel and, very respectfully, **STATES** and **PRAYS** as follows:

**FIRST:** On November 6, 2014 the Debtor filed a voluntary petition under chapter 11 of the Bankruptcy Code.

**SECOND:** Debtor's petition was prepared and filed in an expedited manner due to the judicial sale of twenty one real properties; said judicial sale was scheduled to be held on November 7, 2014, to execute sixty two (62) mortgage notes.

**THIRD:** The debtor´s president and owner, is an eighty three years old man who during the last three weeks was sick and unable to gather all the documents and information needed to prepare and file the Schedules, Statement of Financial Affairs and other documents to be file. Also, he was unable to prepare and submit to the US Trustee all the documents needed in the Initial Debtor Interview (IDI).

**FOURTH:** Thus, Debtor request ten (10) additional, and final days, until December 15, 2014 to gather all the documents and information to prepare and file the Schedules, Statement of Financial Affairs and other documents to be file. Also, to submit to the US Trustee all the documents needed in the Initial Debtor Interview (IDI).

**FIFTH:** This motion is not made for purposes of delay and no creditor will suffer any prejudice if Debtor is granted ten (10) days to gather all the information and documents needed to file schedules and other documents and forms.

**WHEREFORE**, the Debtor requests that this Court grant an extension of time, until December 15, 2014, to gather all the information and documents needed to file schedules and other documents and forms.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico on December 5, 2014.

    **Counsel for the Debtor**
    **LAJARA RADINSON & ALICEA, P.S.C.**
    1303 Américo Miranda, Ave.
    San Juan, PR 00921-2109
    Tel: 787-781-6767
    Fax: 787-774-9324

    /s/ *Diomedes M. Lajara Radinson*
    USDC-PR No. 226314
    Email: dlajara@lra-law.com