IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

PLAYA HERMOSA DEVELOPMENT CORP

XXX-XX8005

Debtor(s)

CASE NO. 14-09236 ESL

Chapter 11

**FILED & ENTERED ON 12/08/2014**

**ORDER AND NOTICE SETTING HEARING**

On 12/05/2014, ORIENTAL BANK filed a Motion to Dismiss or Convert Under 11 USC §1112(b) (docket #17).

1. The debtor(s) shall file an opposition within fourteen (14) days from notice of this order.

2. Upon the debtor(s) failure to timely oppose, an order may be entered dismissing or converting the case without further notice or hearing.

3. If a timely opposition is filed, a hearing will be held on 01/20/2015 at 10:00 A.M. before the undersigned, at the U.S. Bankruptcy Court, José V. Toledo Post Office & Courthouse Bldg., Courtroom 2, Floor 2, 300 Recinto Sur, Old San Juan, Puerto Rico.

4. The parties will meet and will file a report three (3) days prior to the hearing, which will contain:

a) Proposed findings of fact and conclusions of law. Each proposed finding of fact shall refer to a document or a witness.

b) Statement of uncontested facts.

c) Copy of exhibits and/or identification duly marked; in the sequence proposed to be offered.

d) List of witnesses (qualifications of expert witnesses must be attached); Objection to admissibility of physical evidence will be stated in writing, together with support authority for the objection.

IT IS FURTHER ORDERED that failure to comply with this order may result in the imposition of sanctions, including the dismissal of the case, the payment of costs, attorney's fees, and monetary fines imposed on the attorney and/or client who violates this order by not producing the required report in a timely basis.

SO ORDERED.

In San Juan, Puerto Rico, this 08 day of December, 2014.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

C: All Creditors