IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

PLAYA HERMOSA DEVELOPMENT CORP

XXX-XX8005

Debtor(s)

CASE NO. 14-09236 ESL

Chapter 11

**FILED & ENTERED ON 12/8/2014**

### ORDER

The motion filed by debtor (docket #15) is hereby denied. Although the grounds in support of the motion may constitute good cause under Fed. R. Bankr. P. 1007(c), the request was made late, that is, after the period originally prescribed by said rule (14 days). See Fed. R. Bankr. P. 9006(b)(1). Moreover, excusable neglect has not been plead.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 08 day of December, 2014.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

C:  DEBTOR(S)
    DIOMEDES M LAJARA RADINSON
    MARISTELLA SANCHEZ RODRIGUEZ
    UST