IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| | CASE NO. 14-09236 ESL |
| PLAYA HERMOSA DEVELOPMENT CORP | Chapter 11 |
| | |
| XXX-XX8005 | |
| | **FILED & ENTERED ON 12/30/2014** |
| Debtor(s) | |

### ORDER DISMISSING CASE

It appearing that debtors have failed to comply with this court's order of 12/8/2014 (see docket entry #17), it is now

ORDERED that the instant case be and it is hereby dismissed; and it is further

ORDERED that the Clerk shall dismiss and close any contested matter or adversary proceeding related to the instant case. Furthermore, the dismissal is with a bar to refile for a period of one (1) year (see Docket #27).

SO ORDERED.

In San Juan, Puerto Rico, this 30 day of December, 2014.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

C:   All Creditors